| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEW JERSEY |
| Case number *(if known)* _____  Chapter you are filing under:<br>☐ Chapter 7<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **12/15**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **Cincinnati Terrace Plaza Retail, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Terrace Plaza Hotel** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-2356607** |
| 4. | Debtor's address | **Principal place of business**<br>**600 Vine Street, Suite 2800**<br>**Cincinnati, OH 45202**<br>Number, Street, City, State & ZIP Code<br><br>**Hamilton**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**15 W. 6th St. Cincinnati, OH 45202**<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership<br>☐ Other. Specify: _____ |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor **Cincinnati Terrace Plaza Retail, LLC**  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [✓] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53AB))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [ ] None of the above

B. *Check all that apply*

- [ ] Tax-exempt entity (as described in 26 U.S.C. §501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.
_____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11. *Check all that apply*:
  - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [ ] A plan is being filed with this petition.
  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- [✓] No.
- [ ] Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- [ ] No
- [✓] Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | **Alan G. Friedberg** | Relationship to you | **Member** | |
| District | **District of New Jersey** When **4/01/15** | Case number, if known | **15-15934** | |

Debtor **Cincinnati Terrace Plaza Retail, LLC**     Case number (*if known*)
   Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>         Contact name _____<br>         Phone _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | | |
|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☑ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☑ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor  **Cincinnati Terrace Plaza Retail, LLC**                              Case number (*if known*)
Name

| | Request for Relief, Declaration, and Signature |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 25, 2016**
              MM / DD / YYYY

**X /s/ Lionel Nazario**                                         **Lionel Nazario**
Signature of authorized representative of debtor                  Printed name

Title    **Member**

**18. Signature of attorney**

**X /s/ David L. Stevens**                                       Date **February 25, 2016**
Signature of attorney for debtor                                       MM / DD / YYYY

**David L. Stevens**
Printed name

**Scura, Wigfield, Heyer & Stevens, LLP**
Firm name

**1599 Hamburg Turnpike**
**Wayne, NJ 07470**
Number, Street, City, State & ZIP Code

Contact phone  **973-696-8391**       Email address  **dstevens@scura.com**

**034422007 New Jersey**
Bar number and State

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 4

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Cincinnati Terrace Plaza Retail, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **A1 Sprinkler** | | | | | | $6,515.00 |
| **Ameet Patil** | | | | | | $18,000.00 |
| **American Scaffold** PO Box 58145 Cincinnati, OH 45258 | | | | | | $19,548.00 |
| **Brian Friedberg** | | | | | | $55,125.00 |
| **Cincinnati Temp Labor Inc.** | | 15 W. 6th St., Cincinnati, OH 45202 | | $17,000.00 | $0.00 | $17,000.00 |
| **CoolCo** | | | | | | $1,011,146.51 |
| **Duke Energy** | | | | | | $19,377.88 |
| **Greater Cincinnati Waterworks** 4747 Spring Grove Ave. Cincinnati, OH 45232 | | | | | | $5,473.25 |
| **Hamilton County Ohio Treasurer's Office** County Administration Building 138 E. Court St. - Room 402 Cincinnati, OH 45202 | | 15 W. 6th St., Cincinnati, OH 45202 | | $444,338.00 | $0.00 | $444,338.00 |
| **Hopson & Associates, PC** | | | | | | $10,000.00 |

Debtor **Cincinnati Terrace Plaza Retail, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Jeff Miller** | | 15 W. 6th St., Cincinnati, OH 45202 | **Disputed** | $24,000.00 | $0.00 | $24,000.00 |
| **Madison Realty Investments, Inc.** 3rd Fl., J&C Bldg. PO Box 362 Tortola, BVI VG1110 | | 15 W. 6th St., Cincinnati, OH 45202 | | $5,375,915.00 | $0.00 | $5,375,915.00 |
| **Ohio Bureau of Worker's Compensation** PO Box 89492 Cleveland, OH 44101 | | | | $4,928.63 | $0.00 | $4,928.63 |
| **Otis Elevator** One Farm Springs Farmington, CT 06032 | | | | | | $9,369.00 |
| **Riverside Interiors Construction Corp.** | | 15 W. 6th St., Cincinnati, OH 45202 | | $483,238.00 | $0.00 | $483,238.00 |
| **Road to Safety** 701 US 50 - Ste. D Milford, OH 45150 | | | | | | $2,400.00 |
| **Rumpke Debris Containers** | | | | | | $14,557.00 |
| **Ullmer Bernie-Corp Lawyers** | | | | | | $128,382.60 |
| **Ulmer Berne LLP** | | | | | | $14,049.00 |
| **William Hopson** | | | | | | $20,000.00 |

A1 Sprinkler

Ameet Patil

American Scaffold
PO Box 58145
Cincinnati, OH 45258

AmQuip Crane Retail, LLC
PO Box 782945
Philadelphia, PA 19178

ATT&T Resource Management
131 Morristown Road
Basking Ridge, NJ 07920

Bedrock Hospitality, Inc
600 Vine St., Ste. 2800
Cincinnati, OH 45202

Brian Friedberg

Chemtreat, Inc.

Cincinnati 926 Hotel, LLC
600 Vine St., Ste. 2800
Cincinnati, OH 45202

Cincinnati 926 Office, LLC
600 Vine St., Ste. 2800
Cincinnati, OH 45202

Cincinnati Holding Co., LLC
c/o David S. Blessing
119 E. Court St., Ste. 500
Cincinnati, OH 45202

Cincinnati Temp Labor Inc.

Cinti Preservation Assn


City of Cincinnati
c/o Joseph C. Neff, Esq.
801 Plum St., Room 214
Cincinnati, OH 45202


CoolCo


Credit Mediation, Inc.
PO Box 456
Upper Darby, PA 19082


David Teska


Duke Energy


Greater Cincinnati Waterworks
4747 Spring Grove Ave.
Cincinnati, OH 45232


Hamilton County Ohio Treasurer's Office
County Administration Building
138 E. Court St. - Room 402
Cincinnati, OH 45202


Hopson & Associates, PC


Jeff Miller


Joe Wendel dba Wendel's Bootery
9 West 6th St.
Cincinnati, OH 45202


Kevin R. Feazell, Esq.
Cors & Bassett, LLC
537 E. Pete Rose Way, Ste. 400
Cincinnati, OH 45202

Kostandinos Batsakes dba Batsakes
1 W. 6th St.
Cincinnati, OH 45202


Lawrence C. Baron, Esq.
230 E. 9th St., Ste. 4000
Cincinnati, OH 45202


M&L Mechanical 23, Inc.
2892 Jackson Pike
Batavia, OH 45103


Madison Realty Investments, Inc
c/o Michael A. Garlasco, Esq.
7 West 7th St., Ste 1400
Cincinnati, OH 45202


Madison Realty Investments, Inc.
3rd Fl., J&C Bldg.
PO Box 362
Tortola, BVI VG1110


No Choi dba H&D Beauty Supply
28 W. 6th St.
Cincinnati, OH 45202


Ohio Bureau of Worker's Compensation
PO Box 89492
Cleveland, OH 44101


Ohio Dept. of Taxation
PO Box 15675
Columbus, OH 43216


Oliveye Hotel Limited Partnership
c/o National Registered Agent, Inc.
1300 E. 9th St.
Cleveland, OH 44114


Otis Elevator
One Farm Springs
Farmington, CT 06032

Prodigy Properties, LLC
c/o Roetzel & Andress, LPA
One SeaGate, Ste. 1700
Toledo, OH 43604


Prodigy Properties, LLC
c/o Jeff Lane
5254 Ridge Ave., Ste. 1
Cincinnati, OH 45213


Reuel D. Ash, Esq.
Ulmber & Berne, LLP
600 Vine St., Ste. 2800
Cincinnati, OH 45202


Riverside Interiors Construction Corp.



Road to Safety
701 US 50 - Ste. D
Milford, OH 45150


Rumpke Debris Containers



Schaefer
10411 Medallion Drive - Ste. 121
Cincinnati, OH 45241


Sixth Street Cincinnati Assoc., LLC
c/o Bumbergexcelsior Corporate Services
555 5th Ave, 11th Fl.
New York, NY 10017


State of Ohio
c/o Ohio Attorney General
30 E. Broad St. 14th Fl.
Columbus, OH 43215


State of Ohio Dept. of Job & Family Serv
c/o Ohio Attorney General
30 E. Broad St. 17th Fl.
Columbus, OH 43215

Stephen E. Imm, Esq.
Katz, Greenberger & Norton, LLP
105 E. 4th St., Ste. 400
Cincinnati, OH 45202


Terrace Hotel, LLC
c/o David S. Blessing
119 E. Court Street, Ste. 500


Ullmer Bernie-Corp Lawyers


Ulmer Berne LLP


Vine Street News, Inc.
c/o Incorp. Services, Inc.
9435 Waterstone Blvd, Ste. 140
Cincinnati, OH 45249


William Hopson